FILED

DEC 29 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| Jelani Agyei Kamau Kayin Exetutor of GILARD I C BURNS<br>*Plaintiff*<br><br>v.<br><br>Unite States of America, Judge Michael S Reagan /US marsha1b, Prosecutors office / William D Stiehl Jr, Probation / Federal defender office<br>*Defendant(s)*<br>Monroe county /St. Clair County Clinton County, Jails, Ashland Ky FCI | A-1398 - SMY<br><br>Case Numbe.._____<br>(Clerk's Office will provide) |

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

## I.  JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983.  List any additional bases for federal subject matter jurisdiction here: No Jurisdiction over moorish-American. Challenge "want of Jurisdiction"

## II.  PARTIES

**Plaintiff:**

A.   Plaintiff, a NON citizen of Republic of Missouri (state), who resides at C/O 17 Yorkshire lane Apt 3 Shiloh Illinois Republic [62221], alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.   Defendant Michael J Reagan _____ is employed as
(a)   (Name of First Defendant)

___Judge___ ___United States of America___
(b)   (Position/Title)

(10/2010)

J of 8   E

with _United States District Court 7. East St Louis._
(c)      (Employer's Name and Address)

_Illinois. 750 Missouri Ave 62201_

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☑ Yes ☐ No

If your answer is YES, briefly explain: _Article 3 Federal Judge._

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #2:**

C.    Defendant _Jimmy White_ is employed as
(Name of Second Defendant)

_United States Marshall_
(Position/Title)

with _U.S. Marshallservice 750 Missouri Ave East St_
(Employer's Name and Address)

_Louis Illinois 62201_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☑ Yes ☐ No

If you answer is YES, briefly explain:

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

4 of 8    E

**Defendant #3:**

D.    Defendant ___Don Berry_____ is employed as
        (Name of Third Defendant)

      ___United States Marshalls_____
        (Position/Title)

      with ___Marshall Service  750 Missouri Ave___
        (Employer's Name and Address)

___East St louis Illinois 62201_____

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government?  ☑ Yes  ☐ No

If you answer is YES, briefly explain:

Check one of the following:

☐    This defendant **personally participated** in causing my injury, and I want **money damages**.

☑    The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.    Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

Monroe County Sheriff Department
ST. Clair County Sheriff Department
Clinton County
Prosecutors on case
Ashland Kentucky FCI
Attorney William D Stiehl Sr.
Defender Phillip Kavaunaugh
Defender David Brengle
Defender Ethan Skaggs
Probationer George Howard / Court Stenographer Barbara
Tosha Ann Denise Johnson / Fairview Heights PD.
5 of 8    E

### III.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in this federal court?
     initial ☑ Yes ☑ No

B.   If your answer to "A" is YES, describe each lawsuit in the space below. If there is
     more than one lawsuit, you must describe the additional lawsuits on another sheet of
     paper using the same outline.

1.   Parties to previous lawsuits:

     Plaintiff(s): Jelani Agyei Kamau Kayin (exectetor)
     of          GILARDIC BURNS (estate

     Defendant(s): Judge Michael J Reagan, William D Stiehl,
     Phillip Kavanaugh, Ethan Skaggs, David Brengle, All parties of my court
     proceedings are held liable as well as my detainers are held as
     accessories to illegal detention. Prosecutors and Marshall Service

2.   Case number: 3:13-CR-30233 MJR

3.   Name of Judge to whom case was assigned: Michael J. Reagan

4.   Disposition of case (for example: Was the case dismissed? Was it appealed?
     Is it still pending?): yes it was dissmissed. Yes it
     was Appealed. No it was denied by the same
     Judge.

(10/2010)

IV.    **STATEMENT OF CLAIM**

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

1) Deprivation of Rights / Also lacking Jurisdiction in Personam over Moorish American

2) My Constitutional Rights where violated June 17, 2013. At home on 9611, Richfield Road, Fairview heights Il 62208. My 2nd amendment rights where violated. The right to bare and keep arms and no man or reason can diminish them.

3) Illegal Search and Seizure before consent was ever signed by me.

4) 6 Amendment is I must be able to face my accuser in which there was none. State cannot be an injured party. There must be an injured party for a crime to exist. Illegal detention by Fairview heights police department and St Clair County Jail. Suffered mental damage as well as freedom loss and violation of my liberties.

5) Around 7-07-14 Illegally detained by St Clair County Sherrif on Scott air force base under the Authority of US Marshall Service which were instructed by Judge Michael J Reagan, so all are accessory to the fact and should be held liable. A right to due process and representated properly was violated. by Phillip Kavaunaugh, Ethan Skaggs and William D Stiehl Jr. Ineffectiveness of Council that was brought to Judges Attention.

6) Around March or April or 2015, illegally detained by the facility at Ashland Kentucky FCI, the

7) Federal Probation Department considered accessory as well as prosecutor

8) Tosha AnnDenise Johnson June 17, 2013 making false report and please purgery in Federal court to a federal Judge.

9) no Jurisdiction over moorish American in which I Am. Not allowed Freedom of Speech
(10/2010) or Right to Nationality. Remanded by Stephen Williams, a non Article III Judge. Case should be dismissed. Color-of-authority. Threatened by US Marshall's with a weapon to shoot me.
also, Title 18, Part 1, Chapter 13 § 241 of US Code of law, Title 18. Part 1 Chapter 13 § 242

**V.    REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ _6,148,040.00_ .

Punitive damages in the amount of $ _Court discretion_ .

An ordering requiring defendant(s) to: Release me From custody
Pay For Psychiatric Counceling. Alien on parties assets until last appeal.
Expunge my Record and/or Seal.
Put me on the Do not detain list.. To Be disciplined accordingly.

A declaration that: My nationality of Moorish American be
accepted and respected. That I am not a 14th amendment
citizen. I am a Indigenous Allodial American National,
All Rights Reserved.

Other:

**VI.    JURY DEMAND** (*check one box below*)

Plaintiff ⊘ does or ◯ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: _12-14-17_
(date)

_225 E 3rd St._
Street Address

_Waterloo, Il. 62298_
City, State, Zip

_Jelani Agyei Kamau Kayin (executor of)_
Signature of Plaintiff     GDARD I Burns
                           ucc1-308/207
_Jelani Agyei Kamau Kayin_     303/305
Printed Name

(10/2010)

also mail a copy of that document to all other parties, or if they have counsel, to that attorney. When you file your paper with the clerk, you must include a **Certificate of Service**, using the format shown below. Any pleading or other document received by the court that fails to include a certificate of service may be disregarded. Note, however, that some prison facilities participate in an electronic filing program. **In general, you are not required to mail copies of documents to parties if your facility participates in an electronic filing program, because parties who participate in electronic filing will receive the document electronically.** And, pursuant to General Order No. 2012-1, the clerk will mail a copy of electronically filed documents to any party who does not receive the document electronically. You may, however, be required to mail copies of a proposed document, such as a proposed amendment to a pleading. Additional information about electronic filing (and General Order No. 2012-1) is available through prison library staff.

---

## CERTIFICATE OF SERVICE

I certify that a copy of this _____ was mailed/delivered
(Name of Document)

to __Joslyn R Anthony_____ on _Dec 14, 2017_ .
(Name and Address of Party/Attorney)                (Date)


_Jelani Kayin  4CCL-308_
Signature

_Jelani Kayin_
Printed Name

---

12. Do not write letters to the court regarding your case. Such contact is improper. If you wish to provide information or ask the court to do something, you must file a motion with the clerk.

13. You are responsible for learning and following the procedures that govern the court process. The district judges, magistrate judges, clerk of court, and their staff are forbidden as a matter of law from providing legal advice. Legal advice should be sought from an attorney or legal clinic.

Vallence Trucking
Hired August 11, 2017. - Start date Aug 14, 2017
$1500 weekly potential income

Baxmeyer trucking
Hired April 2014. missed income June 2014
- November 2014
$47,600

loss of House due incarceration
9611 Richfield Rd. Fairview Heights Illinois 62208
$80,000

loss of Home in Cahokia Illinois 62206
3814 R mississippi Ave. Due to incarceration.
$189,000

Car
1 Sedan de ville cadillac, due to illegal detention.
$6,000

Car (classic)
76 delta 88 oldsmobile dueto illegal detention
$30,000      Flawless Detail Inc.
Bussiness Property / detail shop
907 lasselle Dr / 906 Soliet in Cahokia
Illinois due to illegal detention
$205,000 Bldg

Potential Business loss
min (50 cars a day) ($20 a car regular wash) 6 day week
$168,000 for 17 mo
Full detail (5 car a day) ($193,00 a car) 6 day week for 17mo 266,640.00

Attorney William Stiehl Jr / Attorney Rick Roustio
$3,000                      $1300

Brain Damage
$2,500,000.00

Rights Violation
$250,000.00 per incident

Emotional Distress
$200,000.00

Illegal detention.
$2,000,000.00

Defamation of Character
$200,000.00

Punative Damages court may impose.

# Affidavit of Complaining Victim of a Felony

| VIOLATION OF: 42 USC 408 A-8 | From: |
|---|---|
| (8) discloses, uses, or compels the disclosure of the social security number of any person in violation of the laws of the United States; or<br>(9) conspires to commit any offense described in any of paragraphs (1) through (4),<br>shall be guilty of a felony and upon conviction thereof shall be fined under title 18 or imprisoned for not more than five years, or both, .... | All rights reserved. Also see UCC 1-308<br>In care of postal service address<br>Gilardi C Burns<br>9E Adams Dr.<br>Cahokia, Illinois Republic<br>Near [62206] |

| To: Whom it May Concern<br>United States District Court<br>250 Missouri Ave<br>East St Louis Illinois 62201 | TO: Federal Bureau of Investigations<br>601 4th Street NW<br>Washington, DC 20535<br>Phone: (202) 278-2000 |
|---|---|

(1) **It is a fact that:** That I am natural born State Citizen of: missouri Republic in its constitutional capacity, as one of the several states of the Union.

(2) **It is a fact that:** That I **am not** a United States citizen or resident, nor have I ever been.

(3) **It is a fact that:** I retain all of my rights always and forevermore. Also see **UCC 1-308**.

(4) **It is a fact that:** The United States Department of State has caused me to disclosed my Social Security number to them against my will. See... **42 USC 408 A-8**

(5) **It is a fact that:** There is no constitutional law that requires a State Citizen to have a Social Security number.

(6) **It is a fact that:** It is a felony to cause me to disclose a Social Security number. See... **42 USC 408 A-8** discloses, uses, or compels the disclosure of the social security number of any person in violation of the laws of the United States; or (9) conspires to commit any offense described in any of paragraphs (1) through (4), shall be guilty of a felony and upon conviction thereof shall be fined under title 18 or imprisoned for not more than five years, or both, ....

(7) **It is a fact that:** That I have been denied my constitutional right to privacy.
*"The State cannot diminish rights of the people." Hertado v. California, 110 U.S. 516*

(8) **It is a fact:** *"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." Miranda v. Arizona, 384 U.S. 436 (1966),*

Signed _____ UCC-308 Date: 09-14-17

State of Ill    **Notary Public**

County of Monroe

Subscribed and sworn before me this 14th day of Sept

In the year 2017

Signed: _____

"OFFICIAL SEAL"
LARITA MOHL
Notary Public, State of Illinois
My Commission Expires 11/22/18

# Affidavit of reservation of rights/UCC 1-308/1-207

Gilardi Cortez Burns sui juris

**PUBLIC**
**THIS IS A PUBLIC COMMUNICATION TO ALL**
Notice to agents is notice to principles
Notice to principles is Notice to Agents
Applications to all successors and assigns
All are without excuse

All rights reserved  UCC 1-308/1-207
c/o 9 East Adams Dr.
Cahokia, IL a republic near [62206]
Phone: [ 618 202 9060 ]
Non-domestic without the United States

Let it be known to all that I, Gilardi Cortez Burns explicitly reserves all of my rights.  See **UCC 1-308** which was formally **UCC 1-207.**

**"§ 1-308. Performance or Acceptance Under Reservation of Rights.**          Q58.5239
**(a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient."**

I retain all of my rights and liberties at all times and in all places, nunc pro tunc (now for then) from the time of my birth and forevermore. Further, I retain my rights not to be compelled to perform under any contract or commercial agreement that I did not enter knowingly, voluntarily and intentionally. And furthermore, I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement. I am not ever subject to silent contracts and have never knowingly or willingly contracted away my prosperity.

Further, I am not a United States citizen or a 14th amendment citizen.  I am a State Citizen of the republic and reject any attempted expatriation.  See **15 united States statute at large, July 27th, 1868** also known as the expatriation statute

Violation fee of my liberty is $250,000 per incident or per 15 minutes or any part thereof. Wherefore all have undeniable knowledge.

## AFFIDAVIT

Affiant, Gilardi Cortez Burns sui juris, a natural born consumer Traveler, now in _____ in its dejure capacity as a republic and as one of the several states of the union created by the constitution for the united States of America 1777/1789. This incidentally makes me an American national and a common man of the Free-Living People, does swear and affirm that Affiant has scribed and read the foregoing facts, and in accordance with the best of Affiant's firsthand knowledge and conviction, such are true, correct, complete, and not misleading, the truth, the whole truth, and nothing but the truth.

Without prejudice UCC1-308
Signed By: JL Burns _____ sui juris, This Affidavit is dated 03/06/17

## NOTARY PUBLIC

State Illinois Republic          County St Clair
Subscribed and sworn to before me, a Notary Public, the above signed _____
This ___6___ day of March , 2017 year

Donna Sue Moskop
Notary Public          VERIFIED

MY COMMISSION EXPIRES: 6-5-17

"OFFICIAL SEAL"
DONNA SUE MOSKOP
NOTARY PUBLIC — STATE OF ILLINOIS
MY COMMISSION EXPIRES JUNE 5, 2017

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jelani Obgyei Kamau Kayinte
Executor of the estate of Gilardi Cortez Burns

**DEFENDANTS**
United States of America
Judge Michael J Reagan and listed officials

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*
St Clair County (C/o 17 Yorkshire lane
Shiloh Illinois Republic [ 62221]

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1   U.S. Government Plaintiff | ☐ 3   Federal Question *(U.S. Government Not a Party)* |
| ☑ 2   U.S. Government Defendant | ☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

Not-14th Amendment Citizen

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☑ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☑ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☑ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☑ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**    ☑ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE

Case # 16-4130

DOCKET NUMBER  Case# 3:17-CR-30 | 10pmj

DATE

SIGNATURE OF ATTORNEY OF RECORD

---

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

1 of 8 E

Jelani Rayam
Gilardi Burns   (estate)
Monroe County Jail
225 E. 3rd St.
Waterloo, Illinois 62298

legal mail
do not open

ATT: Clerk
United States Federal Bldg
750 Missouri Ave
East St louis, Illinois 62201

IL CLEARED
S MARSHALS



RECEIVED

DEC 2 9 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE